**Order entered February 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01417-CR

**KARIASA MACHELL THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-58505-V**

## ORDER

The Court **REINSTATES** the appeal.

On January 29, 2015, we granted the motion of Lori Ordiway to withdraw as appellant's counsel and ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Bruce Kaye as appellant's attorney. Accordingly, we **DIRECT** the Clerk to list Bruce Kaye as appellant's appointed attorney of record.

We note that pursuant to Texas Rule of Appellate Procedure 35.2, the clerk's and reporters records were due by February 10, 2015, but have not yet been filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

Appellant's docketing statement reflects that Kelly Simmons is the court reporter who recorded the proceedings. The Court does not have Ms. Simmons listed as having received notices in this case. Accordingly, we **DIRECT** the Clerk to add court reporter Kelly Simmons to the list of individuals who is to receive notices regarding the record in this appeal.

We **ORDER** Ms. Simmons to file the reporter's record within **THIRTY DAYS** of the date of this order. We further **ORDER** that Ms. Simmons coordinate with any other court reporter who recorded proceedings in this case to file the complete record, including all exhibits admitted into evidence.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk; court reporter Kelly Simmons; Bruce Kaye; and the Dallas County District Attorney's Office.


/s/     ADA BROWN
        JUSTICE